180 P.3d 474

# SUPREME COURT OF HAWAI'I

**March 27, 2008**

| | | |
|---|---|---|
| 26853 | Leon-Guerrero v. Administrative Director of Courts | Affirmed |

**April 11, 2008**

| | | |
|---|---|---|
| 27749 | State v. Gututala | Vacated and Remanded |
| 28138 | State v. Wroblewski | Vacated and Remanded |